

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–14720 – WIL**   Chapter: **7**

**Felicia Y Taylor**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated April 10, 2018, and Order(s) of the Court dated April 26, 2018, the Debtor(s) was/were admonished to file:

- ☑ Schedules C, J and Declaration Concerning Schedules
- ☑ Statement of Current Monthly Income and Means Test Calculation
- ☑ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Summary of Assets and Liabilities, Certificate of Credit Counseling

The Debtor(s) has/have failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 707(a), the above–captioned case under Chapter 7 is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Debtor
    Attorney for Debtor – PRO SE
    Case Trustee – Steven H Greenfeld
    U.S. Trustee

### End of Order

15x06 (rev. 12/01/2015) – dwalston